THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN KEHOE, Respondent.

Submitted April 15, 1938; decided May 17, 1938.

520

*William F. X. Geoghan, District Attorney (Edward H. Levine* of counsel), for appellant.

*Mordecai Konowitz* for respondent.

Order affirmed; no opinion.

Concur: Crane, Ch. J., Lehman, Hubbs, Loughran, Finch and Rippey, JJ. Taking no part: O'Brien, J.